```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 63912
    DEBORAH Y STEPTER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9426


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 12/13/2005 and was confirmed 03/06/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 04/13/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID            PAID

--------------------------------------------------------------------------------
BENEFICIAL FINANCE CO      CURRENT MORTG         .00              .00              .00
CAPITAL ONE AUTO FINANCE   SECURED           14952.00          1274.35         14952.00
US BANK NA                 CURRENT MORTG         .00              .00              .00
AMERICAN GENERAL FINANCE   UNSECURED        NOT FILED            .00              .00
WORLD FINANCIAL NETWORK    UNSECURED           415.69             .00            41.57
RESURGENT CAPITAL SERVIC   UNSECURED           716.02             .00            71.60
CHICAGO MUNICIPAL EMPLOY   SECURED            5567.67           504.66          5567.67
RESURGENT CAPITAL SERVIC   UNSECURED          1452.83             .00           145.28
ECAST SETTLEMENT CORP      UNSECURED          1516.57             .00           151.66
ECAST SETTLEMENT CORP      UNSECURED           543.15             .00            54.32
ECAST SETTLEMENT CORP      UNSECURED           216.56             .00            21.66
ECAST SETTLEMENT CORP      UNSECURED          1446.92             .00           144.69
WORLD FINANCIAL NETWORK    UNSECURED           462.86             .00            46.29
MARSHALL FIELD             UNSECURED        NOT FILED             .00              .00
MONITRONICS INTERNATIONA   UNSECURED        NOT FILED             .00              .00
AT&T WIRELESS              UNSECURED        NOT FILED             .00              .00
PENN CREDIT CORP           UNSECURED        NOT FILED             .00              .00
RESURGENT CAPITAL SERVIC   UNSECURED           819.52             .00            81.95
AT & T BANKRUPCTY          UNSECURED        NOT FILED             .00              .00
TARGET NATIONAL BANK       UNSECURED          2472.89             .00           247.29
VERIZON WIRELESS           UNSECURED        NOT FILED             .00              .00
VISA                       UNSECURED        NOT FILED             .00              .00
WORLD FINANCIAL NETWORK    UNSECURED          3411.66             .00           341.17
BENEFICIAL FINANCE CO      MORTGAGE ARRE      444.00              .00           444.00
US BANK NA                 MORTGAGE ARRE      948.00              .00           948.00
CAPITAL ONE AUTO FINANCE   UNSECURED           385.87             .00            38.59
RESURGENT CAPITAL SERVIC   UNSECURED          3878.20             .00           387.82
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       1,125.00                          1,125.00
TOM VAUGHN                 TRUSTEE                                             1,551.11
DEBTOR REFUND              REFUND                                              1,340.42

         Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 63912 DEBORAH Y STEPTER
```

```
--------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    29,481.10

PRIORITY                                               .00
SECURED                                          21,911.67
    INTEREST                                      1,779.01
UNSECURED                                         1,773.89
ADMINISTRATIVE                                    1,125.00
TRUSTEE COMPENSATION                              1,551.11
DEBTOR REFUND                                     1,340.42
                           ---------------   ---------------
TOTALS                     29,481.10             29,481.10
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/25/07                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE